**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 139 EAL 2020

          Respondent :

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

          v. :

TERRANCE GARRIS, :

          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.